NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARK PORTER,                              )
                                          )
            Appellant,                    )
                                          )
v.                                        )          Case No. 2D18-1065
                                          )
STATE OF FLORIDA,                         )
                                          )
            Appellee.                     )
_____  )

Opinion filed January 16, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Reinaldo Ojeda, Judge.

Mark Porter, pro se.


PER CURIAM.


            Affirmed.



LaROSE, C.J., and SILBERMAN and SLEET, JJ., Concur.